IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02226-REB-KLM

PAMELA JEAN SHELEY, and
JASON A. SHELEY,

    Plaintiffs,

v.

RESURGENT CAPITAL SERVICES, LP,
RENAISSANCE RECOVERY SOLUTIONS, LLC,
PREMIER RECOVERY SERVICES, INC.,
DAVID JOSEPH GANDAL, and
JOHN AND JANE DOES,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion to Amend Caption and Pleadings** [Docket No. 24; Filed January 29, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Clerk of the Court is directed to correct named Defendant "David Campbell" to "David Joseph Gandal."

    Dated: January 29, 2009