**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02226-REB-KLM

PAMELA JEAN SHELEY, and
JASON A. SHELEY,

    Plaintiffs,

v.

RESURGENT CAPITAL SERVICES, LP,
RENAISSANCE RECOVERY SOLUTIONS, LLC,
PREMIER RECOVERY SERVICES, INC.,
DAVID CAMPBELL, and
JOHN AND JANE DOES,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#29] filed April 14, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss With Prejudice** [#29] filed April 14, 2009, is **GRANTED**;

    2. That the Trial Preparation Conference set for December 18, 2009, is **VACATED**;

    3. That the jury trial set to commence January 4, 2010, is **VACATED**;

    4. That any pending motion is **DENIED** as moot; and

2

     5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

     Dated April 15, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2